WO                                                                      TCK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Edward Goldwater, | ) | No. CV 06-1784-PHX-SMM (DKD) |
| Plaintiff, | ) | **ORDER FOR PAYMENT** |
| vs. | ) | **OF INMATE FILING FEE** |
| Joseph Arpaio, | ) | |
| Defendant. | ) | |

**TO:  THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS.**

Plaintiff Edward Goldwater, inmate no. 165898, presently confined in the Arizona State Prison Complex in Florence, Arizona, is obligated to pay the statutory filing fee of $350.  The Court has not assessed an initial partial filing fee.  Plaintiff must incrementally pay the balance of the filing fee in monthly payments equal to 20% of the preceding month's income.  The Director of the Arizona Department of Corrections or his designee must collect and forward these fees to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1)  The Director of the Arizona Department of Corrections or her designee must forward to the Clerk of Court the $350.00 filing fee, which must be collected from Plaintiff's trust account in monthly payments that are equal to 20 percent of the preceding month's income credited to Plaintiff's trust account.  Payments must be forwarded to the Clerk of the

Dockets.Justia.com

1  Court each time the amount in the account exceeds $10.00. The payments must be clearly

2  identified by the name and number assigned to this action.

3      (2)  The Director of the Arizona Department of Corrections or her designee must

4  notify the Clerk of the Court in writing when Plaintiff is released or transferred to a

5  correctional institution other than the Arizona Department of Corrections, so new billing

6  arrangements may be made to collect any outstanding balance.

7      (3) The Clerk of the Court must serve by mail a copy of this Order on the Director of

8  the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona, 85007.

9      (4)  The Clerk of the Court must serve by mail a copy of this Order on Michael

10 Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona,

11 85007.

12     (5) The Clerk of the Court must forward a copy of this Order to Financial

13 Administration for the Phoenix Division of the United States District Court for the District

14 of Arizona. Financial Administration must set up an account to receive payments on the

15 filing fee for this action and must notify the Court when the filing fee is paid in full.

16     DATED this 27th day of July, 2006.

17

18

19                                         _____
                                              Stephen M. McNamee
20                                            United States District Judge

21

22

23

24

25

26

27

28

- 2 -