**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Goldwater, ) | No. CIV 06-1784-PHX-SMM (DKD) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph Arpaio, ) | |
| Defendant. ) | |

It appearing to the Court that Defendant's Motion to Dismiss is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to Defendant's Motion to Dismiss (Doc. #11). All other matters shall remain with the current Magistrate Judge for disposition as appropriate.

DATED this 7th day of March, 2007.

Stephen M. McNamee
United States District Judge